Netherland Holding Corporation v. Russel H. Kittel and Another, Impleaded, etc. Russel H. Kittel and Another, and Mabel B. Kittel v. Netherland Holding Corporation.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Morris Gold and Louis Gold, Copartners, etc., v. Acar Manufacturing Company, Inc., and Another, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

Olga Piciulo v. Attilio deCicco and Another, Impleaded with Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Oil City Boiler Works, Inc., v. McGuire Heating Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the record on appeal and appellant's points to be filed so appeal can be argued on or before December 18, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Joseph Polifrone v. Durst Manufacturing Company, Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Marie J. Leslie.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Samuel Glauberman.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Elbe File & Binder Co., Inc., v. Moses Fine.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the record on appeal to be filed on or before December 5, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philson Holding Corporation v. Baychester Manor, Inc., Impleaded with Walter W. Taylor and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philson Holding Corporation v. Baychester Manor, Inc., Impleaded with Rachel A. Conner, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Walter S. Klee, as Trustee, etc., v. Van Rensselaer Estates, Inc., and Another, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Nat Greenbaum v. Philip Tarter, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.